# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1141

**BRISTOL-MYERS SQUIBB COMPANY, BRISTOL-MYERS SQUIBB PHARMA CO.,**
*Plaintiffs/Counterclaim Defendants – Appellees,*

*And*

**MERCK & CO., INC., MERCK SHARP & DOHME CORP.,**
*Counterclaim Defendants – Appellees,*

**v.**

**MYLAN PHARMACEUTICALS INC., MATRIX LABORATORIES, LTD.,**
*Defendants/Counterclaimants – Appellants.*

Appeal from the United States District Court for the District of Delaware in No. 1:09-CV-00651-LPS, Judge Leonard P. Stark

## MANDATE

In accordance with the judgment of this Court, entered July 24, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.


FOR THE COURT


/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court